# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DR. HARRY W. BROWN,

    **Plaintiff,**

-vs-                                   Case No. 6:09-cv-1433-Orl-28GJK

ISLAMORADA CONDOMINIUMS, LLC,

    **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 9) filed October 14, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 22, 2009 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment is **GRANTED**.

3. Plaintiff is awarded $81,973.69.

4. Plaintiff is awarded post-judgment interest at the rate allowed by law.

5. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant as set forth above and to thereafter close this case.

**DONE and ORDERED** in Chambers, Orlando, Florida this \_\_11\_\_ day of ~~January~~ February, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party